# EXHIBIT A

# Proposed for filing under seal

# EXHIBIT B

# Proposed for filing under seal

# EXHIBIT C

# Proposed for filing under seal