# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**ALL ELITE WRESTLING, LLC, a Delaware limited liability company, and ANTONY KHAN in his capacity as the Chief Executive Officer, General Manager, and Head of Creative of All Elite Wrestling, LLC**

        **Petitioners,**

**v.**
                                 **Case No. 3:26-cv-01481**

**RYAN NEMETH,**

        **Respondent.**

_____/

### ALL ELITE WRESTLING, LLC'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

#### RECUSAL INFORMATION

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

    None.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

    None.

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

    None.

4.    If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

      N/A

5.    Identify any entity or natural person not already disclosed and likely to actively participate in this action.

      None.

6.    Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

      None known.

## Citizenship Information

7.    If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship?

      All Elite Wrestling, LLC, a Delaware LLC with its principal place of business in Jacksonville, Florida, is wholly owned by Beatnik Investments, LLC, a Florida LLC with its principal place of business in Naples, Florida. Beatnik LLC's members are domiciled in Illinois and Florida. Petitioner Antony Khan is domiciled in Florida.

8.    If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

      N/A

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy**

Dated: June 5, 2026

Respectfully submitted,

JACKSON LEWIS P.C.

By:    */s/ B. Tyler White*
       B. Tyler White
       Florida Bar No. 0038213
       Tyler.white@jacksonlewis.com
       James D. McGuire
       Florida Bar No. 1032198
       James.mcguire@jacksonlewis.com
       501 Riverside Avenue, Suite 902
       Jacksonville, FL 32202
       Telephone: (904) 638-2655

       *Counsel for Petitioners*

4921-5068-9707, v. 1