United States District Court
Middle District of Florida
Jacksonville Division

**ALL ELITE WRESTLING, LLC,**
**& ANTHONY KHAN,**

    *Plaintiffs,*

v.                                                                      **NO. 3:26-cv-1481-WWB-PDB**

**RYAN NEMETH,**

    *Defendant.*

---

## Order

By **July 24, 2026**, All Elite Wrestling, LLC ("AEW") and Anthony Khan must provide the court with the following information on diversity jurisdiction. *See* 28 U.S.C. § 1332(a).

AEW and Khan's complaint and disclosure statement state that AEW is "wholly owned by Beatnik Investments, LLC," then state that Beatnik's "members are domiciled in Illinois and Florida." Doc. 1 ¶ 1; Doc. 3 at 2. Because *ownership* may differ from *membership*, AEW must identify each of its members, and each of those members' members, or clarify whether Beatnik is the sole member of AEW. For each member, AEW must identify citizenship.

In the complaint, AEW and Khan allege that the amount in controversy exceeds $75,000, exclusive of interest and costs. Doc. 1 ¶ 4. AEW and Khan must explain the source of that amount.

**Ordered** in Jacksonville, Florida, on July 10, 2026.

Patricia D. Barksdale
United States Magistrate Judge