# EXHIBIT A

---

**From:** McGuire, James D. (Orlando) <James.McGuire@jacksonlewis.com>
**Sent:** Thursday, September 3, 2026 8:28 AM
**To:** Mike Caspino <mcaspino@pricecaspino.com>; Helena Laskey <hlaskey@pricecaspino.com>; Ally Lodwick <alodwick@pricecaspino.com>
**Cc:** White, B. Tyler (Jacksonville) <Tyler.White@jacksonlewis.com>; Pina, Megan M. (Jacksonville) <Megan.Pina@jacksonlewis.com>; Kyser, Lorraine A. (Orlando) <Lorraine.Kyser@jacksonlewis.com>
**Subject:** FW: Middle District of Florida Petition against Ryan Nemeth

Mike and Helena,

Asking again if you will accept service of the attached Petition in the Middle District of Florida on behalf of Mr. Nemeth. We know from our conference in the JAMS matter that Mr. Nemeth is aware that the federal court action against him is pending, and our attempts to locate and serve him have been unsuccessful to date. Please let us know one way or the other.

Best,

James

**James D. McGuire**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue.
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8405 | Main: (407) 246-8440
James.McGuire@jacksonlewis.com | www.jacksonlewis.com

---

**From:** McGuire, James D. (Orlando) <James.McGuire@jacksonlewis.com>
**Sent:** Friday, June 5, 2026 4:15 PM
**To:** Mike Caspino <mcaspino@pricecaspino.com>; Helena Laskey <hlaskey@pricecaspino.com>; Ally Lodwick <Alodwick@pricecaspino.com>
**Cc:** White, B. Tyler (Jacksonville) <Tyler.White@jacksonlewis.com>; Pina, Megan M. (Jacksonville) <Megan.Pina@jacksonlewis.com>; Kyser, Lorraine A. (Orlando) <Lorraine.Kyser@jacksonlewis.com>
**Subject:** Middle District of Florida Petition against Ryan Nemeth

Mike and Helena,

Please let us know if you will accept service of the attached Petition on behalf of your client, which was filed today in the United States District Court for the Middle District of Florida.

Best,

James

**James D. McGuire**
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue.
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8405 | Main: (407) 246-8440
James.McGuire@jacksonlewis.com | www.jacksonlewis.com